UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LAMONT LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>    Defendants. | Case No. 20-cv-07401-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

On December 11, 2020, this Court issued its Order Denying the Application of Plaintiff Antonio Lamont Lawrence to Proceed In Forma Pauperis ("IFP") without prejudice to him submitting an amended application or paying the full filing fee for his complaint in the amount of $400.00. One February 12, 2021, the Court issued an order directing plaintiff Lawrence to : (1) submit a completed IFP application; OR pay the $400.00 filing fee in full no later than **March 12, 2021**. The Court's February 12 Order warned plaintiff that: "**Failure to do so will result in dismissal of this action without prejudice**." (Dkt. No. 8, emphasis in original.)

As of April 8, 2021, plaintiff has neither submitted an amended, complete IFP application nor has he paid the filing fee.

Therefore, this Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 8, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**